IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TED K. BROWN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D16-2048

VALERIE BROWN,

Respondent.

_____/

Opinion filed July 11, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Ted K. Brown, pro se, Petitioner.

Robin E. Lanigan, Jacksonville, and Jeanine B. Sasser, Jacksonville, for
Respondent (no appearances).

PER CURIAM.

    DENIED.

B.L. THOMAS, OSTERHAUS, and KELSEY, JJ., CONCUR.